The following is a Cash Flow statement for Driving Miss Daisy, Inc. for the months January - April 2016.

**GROSS RECEIPTS** $ 259,649.00

**LESS EXPENSES**

| | |
|---|---:|
| ACCOUNTING | $ 1,000.00 |
| ADVERTISING | 1,554.00 |
| VEHICLE EXPENSES-FUEL | 21,539.00 |
| AUTO EXPENSE-REPAIRS | 19,434.00 |
| BANK/CC FEES | 3,022.00 |
| DOT/DHS FEES | 1,422.00 |
| DISPATCH SOFTWARE | 4,051.00 |
| RENT | 8,106.00 |
| PROFESSIONAL FEES-BILLING | 3,500.00 |
| INSURANCE | 20,600.00 |
| WAGES | 18,809.00 |
| PAYROLL TAXES | 1,559.00 |
| OUTSIDE SERVICES | 114,144.00 |
| OFFICE EXPENSE | 1,094.00 |
| TELEPHONE/INTERNET | 8,019.00 |
| OWNER DRAWS | 17,119.00 |
| MN STATE TAXES PAYMENT PLAN | 6,992.00 |

$ 251,964.00

**NET PROFIT (LOSS)** $ 7,685.00