*The following is a Cash Flow statement for Driving Miss Daisy, Inc. for the months January - June 2016.*

**GROSS RECEIPTS**                                    $       368,605.00

**LESS EXPENSES**

| | | |
|---|---|---|
| *ACCOUNTING* | $ | 1,000.00 |
| *ADVERTISING* | | 2,151.00 |
| *VEHICLE EXPENSES-FUEL* | | 31,799.00 |
| *AUTO EXPENSE-REPAIRS* | | 28,186.00 |
| *BANK/CC FEES* | | 4,543.00 |
| *DOT/DHS FEES* | | 1,835.00 |
| *DISPATCH SOFTWARE* | | 6,051.00 |
| *RENT* | | 11,001.00 |
| *PROFESSIONAL FEES-BILLING* | | 4,800.00 |
| *INSURANCE* | | 25,783.00 |
| *WAGES* | | 29,605.00 |
| *PAYROLL TAXES* | | 2,418.00 |
| *OUTSIDE SERVICES* | | 166,576.00 |
| *OFFICE EXPENSE* | | 1,504.00 |
| *TELEPHONE/INTERNET* | | 10,369.00 |
| *OWNER DRAWS* | | 28,726.00 |
| *MN STATE TAXES PAYMENT PLAN* | | 9,674.00 |

                                                      $       366,021.00

**NET PROFIT (LOSS)**                                 $         2,584.00

Accountant